UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 17-10946-JKS |
|---|---|---|
| Reginal L Nix<br>Debtor (s) | Chapter: | 7 |
| | Judge: | Sherwood |

## ORDER DISMISSING CASE
## FOR FAILURE TO FILE MISSING DOCUMENTS

The relief set forth on the following page is hereby **ORDERED**.

DATED:    2/24/17                                   /s/ Honorable John K. Sherwood
                                                    Judge, United States Bankruptcy Court

Upon the motion of the Court and for good cause shown, it is

ORDERED that this case is dismissed and any discharge which was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within seven (7) days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

*rev.12/1/09*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-10946-JKS
Reginal L Nix                                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1          Date Rcvd: Feb 24, 2017
                              Form ID: pdf903        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2017.
db            +Reginal L Nix,    329 Myrtle Avenue,    Scotch Plains, NJ 07076-1116

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John  Sywilok    sywilokattorney@sywilok.com,  nj26@ecfcbis.com
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 3